AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>AMIER SADEGHPOUR<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  2:07-CR-0512 - MCE<br><br>2:19-mj-566-BNW |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AMIER SADEGHPOUR
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3606- Violation of Supervised Release

Date:  02/14/2014

_____
*Issuing officer's signature*

City and state:  SACRAMENTO, CA.

A. MEULEMAN, DEPUTY CLERK
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

2:19-mj-566-BNW

**Name of Offender:** Amier Sadeghpour                **Docket Number:** 0972 2:07CR00512

**Name of Judicial Officer:**  Chief United States District Judge Morrison C. England, Jr.

**Date of Original Sentence:**  1/29/2009

**Original Offense:**  18 USC § 1341 Mail Fraud (2 counts)  Class C Felonies

**Original Sentence:** 72 months custody Bureau of Prisons; 3 years Supervised Release; $345,000 restitution; $100,000 fine; and $200 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1. Warrantless Search
2. No Dissipation of Assets
3. Financial Disclosure
4. Financial Restrictions
5. Drug/Alcohol Treatment
6. Drug/Alcohol Testing
7. Aftercare Co-payment
8. Gambling Restrictions
9. Deportation

**Type of Supervision:**  TSR

**Date Supervision Commenced:**  12/18/2013

**Other Court Actions:** None

RE: Amier Sadeghpour                              Docket Number: 0972 2:07CR00512

## PETITIONING THE COURT

☒ TO ISSUE A WARRANT

☐ TO ISSUE A SUMMONS

☐ OTHER:

The probation officer alleges the offender has violated the following conditions(s) of supervision:

| Charge Number | Nature of Violation |
|---|---|
| Charge 1 | FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER |

On December 18, 2013, the offender was released from the Clark County Detention Center in Nevada. He failed to report to the probation office within 72 hours of release from the custody of the Bureau of Prisons.

**Justification:** The offender failed to report as directed to the probation office after his release from custody and his whereabouts are unknown. On November 6, 2013, he was released from the Bureau of Prisons to the Clark County Detention Center in Nevada on a warrant. He was released from that facility on December 18, 2013, but did not report to the United States Probation Office as ordered.

**Bail/Detention:** The offender is a flight risk. Detention is recommended pending outcome of the violation petition.

**I declare under penalty of perjury that the following is true and correct.**

EXECUTED ON:   February 11, 2014
               Sacramento, California
               DAS:cd

Respectfully submitted,

/s/ Deborah A. Spencer

Deborah A. Spencer
Supervising United States Probation Officer
Telephone: (916) 930-4320

RE: Amier Sadeghpour                              Docket Number: 0972 2:07CR00512

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ The issuance of a warrant.

☐ The issuance of a summons (copy to Defense Counsel).

☐ Other:

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

**Dated: February 12, 2014**

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

CC:

United States Probation

Assistant United States Attorney: To be assigned

United States Marshal Service

RE: Amier Sadeghpour          Docket Number: 0972 2:07CR00512

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                       RE:    Amier Sadeghpour
                               Docket Number: 0972 2:07CR00512

Your Honor:

In addition to a copy of the **Judgment and Commitment Order**, the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1: FAILURE TO FOLLOW INSTRUCTIONS OF THE PROBATION OFFICER**

     a. **Evidence:**

           i. Facsimile on letterhead from Clark County Detention Center in Nevada confirming offender's release date of December 18, 2013.

     b. **Witnesses:**

           i. Supervising United States Probation Officer can testify the offender is not found in the system as having reported to any United States Probation office since his release.

Respectfully submitted,

/s/ **Deborah A. Spencer**

Deborah A. Spencer
Supervising United States Probation Officer
Telephone: 916 930-4320

**DATED:**   2/11/2014
             Sacramento, California

Case 2:07-cr-00512-MCE  Document 40  Filed 02/14/14  Page 5 of 5

RE: Amier Sadeghpour                    Docket Number: 0972 2:07CR00512

# REVOCATION GUIDE – SUPERVISED RELEASE

Name of Offender: Amier Sadeghpour          Docket Number: 0972 2:07CR00512

Date of Original Offense: 7/16/2007 to 11/05/2007

Original term of supervised release imposed: 3 years

Highest grade of violation alleged: C

Criminal History Category of offender: VI

Original guideline range: 46 to 57 months.

Chapter 7 range of imprisonment: 8 to 14 months.

Maximum term on revocation - 18 USC 3583(e)(3): *(choose one below)*

- ☐ Class A felony - 5 years (or stat max of __ years if longer)
- ☐ Class B felony - 3 years
- ☒ Class C and/or D felony - 2 years
- ☐ Class E felony and misdemeanors - 1 year

Violation requires mandatory revocation: YES: ☐  NO: ☒

**Original offense committed on or after 04/30/2003:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.